IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO PRECIADO PALAMINOS,

    Petitioner,               No. CIV S-09-2605 EFB P

    vs.

MIKE MCDONALD,

    Respondent.           ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Petitioner also requests that the court appoint him counsel.

    Petitioner challenges a conviction in the Madera County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's outstanding requests.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number;

////

////

1

1    3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: September 23, 2009.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE